ORIGINAL

FILED

07/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0386

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0386

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RYAN MITCHEL TUFF,

    Defendant and Appellant.

FILED

JUL 2 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Ryan Mitchel Tuff has filed a verified Petition for an Out-of-Time Appeal and includes a copy of the sentencing judgment. Tuff states that he discussed filing a timely Notice of Appeal with his counsel. He adds that "[his] attorney stated he would do a notice of appeal and never did." Tuff explains that he sent his counsel a letter "stating [he] wanted to file an appeal," and that he received "a form letter dated February 2, 2022, which incorrectly states that [he] took a plea bargain, when in fact [he] took it to trial."

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

On January 25, 2022, the Sanders County District Court issued its Judgment, sentencing Tuff to the Montana State Prison for a five-year term for felony criminal possession of dangerous drugs. This sentence runs consecutively to another sentence from the Lewis and Clark County District Court.

We conclude that Tuff is entitled to an appeal. He has a recent felony conviction and sentence. Tuff has indicated that he is without counsel to represent him. He may be entitled to representation of counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Tuff's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Ryan Mitchel Tuff. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. In the event Tuff qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Ryan Mitchel Tuff.

DATED this 26 day of July, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2